## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY<br><br>                Plaintiff,<br><br>      v.<br><br>MARCH FWD, LLC f/k/a MWEALTH ADVISORS,<br><br>                Defendant. | Civil Action No. |

## <u>RULE 7.1 DISCLOSURE</u>

Plaintiff, Markel American Insurance Company, is a wholly-owned subsidiary of Markel Group, Inc., a publicly-traded company. No individual or entity owns more than ten percent (10%) of Markel Group, Inc. stock.

**McANGUS GOUDELOCK & COURIE, LLC**

_____
Eric A. Fitzgerald, Esq.
PA Identification No. 72590
2000 Market Street, Suite 780
Philadelphia, PA 19103
Mailing Address: P.O. Box 12519
Columbia, SC 29211
T: (484) 406-4334 / F: (215) 501-5374
eric.fitzgerald@mgclaw.com
*Attorney for Plaintiff*
*Markel American Insurance Company*

Dated:  April 5, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY | Civil Action No. |
| Plaintiff, | |
| v. | |
| MARCH FWD, LLC f/k/a MWEALTH ADVISORS, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Eric A. Fitzgerald, hereby certify that on April 5, 2024 a true and correct copy of the foregoing Corporate Disclosure was served upon all counsel of record via the Court's electronic filing system.

**McANGUS GOUDELOCK & COURIE, LLC**

Eric A. Fitzgerald, Esq.
PA Identification No. 72590
2000 Market Street, Suite 780
Philadelphia, PA 19103
Mailing Address: P.O. Box 12519
Columbia, SC 29211
T: (484) 406-4334 / F: (215) 501-5374
eric.fitzgerald@mgclaw.com
*Attorney for Plaintiff*
*Markel American Insurance Company*

Dated:  April 5, 2024