IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY<br><br>                      Plaintiff,<br><br>    v.<br><br>MARCH FWD, LLC f/k/a MWEALTH ADVISORS,<br><br>                      Defendant. | Civil Action No. 2:24-CV-01438-JS |

## NOTICE OF APPEARANCE

Please enter the appearance of Joseph G. Grady as counsel of record on behalf of

**Plaintiff Markel American Insurance Company** in the above-referenced matter.

 

**McANGUS GOUDELOCK & COURIE, LLC**

*/s/ Joseph G. Grady*

Joseph G. Grady, Esq.
PA Identification No. 322874
**Mailing Address: P.O. Box 12519**
**Columbia, SC 29211**
2000 Market Street, Suite 2850
Philadelphia, PA 19103
T: (484) 406-4128
joe.grady@mgclaw.com
*Attorney for Plaintiff*
*Markel American Insurance Company*