IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>MARCH FWD, LLC f/k/a MWEALTH ADVISORS,<br><br>Defendant. | Civil Action No. 2:24-CV-01438-JS |

## CERTIFICATE OF SERVICE

I, Joseph G. Grady, hereby certify that on June 25, 2024 a true and correct copy of the foregoing Notice of Appearance was served upon all counsel of record via the Court's electronic filing system.

McANGUS GOUDELOCK & COURIE, LLC

*Joseph G. Grady* (signature)

Joseph G. Grady, Esq.
PA Identification No. 322874
**Mailing Address: P.O. Box 12519**
**Columbia, SC 29211**
2000 Market Street, Suite 2850
Philadelphia, PA 19103
T: (484) 406-4128
joe.grady@mgclaw.com
*Attorney for Plaintiff*
*Markel American Insurance Company*