IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLANIA

| | | |
|---|---|---|
| **MARKEL AMERICAN INSURANCE COMPANY** | : | Civil Action No. 2:24-cv-01438 |
| *Plaintiff* | : | |
| v. | : | |
| **MARCHFWD, LLC f/k/a MWEALTH ADVISORS** | : | |
| *Defendant.* | : | |

**DEFENDANT MARCHFWD, LLC'S REPLY TO PLAINTIFF MARKEL AMERICAN INSURANCE COMPANY'S ANSWER WITH AFFIRMATIVE DEFENSES**

Defendant MarchFwd, LLC, f/k/a Mwealth Advisors, by and through its undersigned counsel, hereby submits the following Reply to Plaintiff Markel American Insurance Company's Answer with Affirmative Defenses, and in support thereof submits as follows:

1. Denied as a conclusion of law.

2. Denied as a conclusion of law.

3. Denied as a conclusion of law.

4. Denied as a conclusion of law.

5. Denied as a conclusion of law.

6. Denied as a conclusion of law.

7. Denied as a conclusion of law.

8. Denied as a conclusion of law.

9. Denied as a conclusion of law.

10. Denied as a conclusion of law.

11. Denied as a conclusion of law.

12. Denied as a conclusion of law.

13. Denied as a conclusion of law.

14. Denied as a conclusion of law.

15. Denied as a conclusion of law.

16. Denied as a conclusion of law.

17. Denied as a conclusion of law.

18. Denied as a conclusion of law.

**WHEREFORE,** March FWD, LLC respectfully requests that this Court enter judgment in its favor on all of its Counterclaims awarding attorneys' fees, costs and interest to MarchFwd, LLC, and granting such further relief as the Court deems appropriate.

**BOCHETTO & LENTZ, P.C.**

Date: September 19, 2024         By: */s/ Ryan T. Kirk*
_____
Gavin P. Lentz, Esquire
Ryan T. Kirk, Esquire
1524 Locust Street
Philadelphia, PA 19102
glentz@bochettoandlentz.com
rkirk@bochettoandlentz.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I, Ryan T. Kirk, Esquire, hereby certify that a true and correct copy of the forgoing Reply to Plaintiff's Answer with Affirmative Defenses was filed electronically through this Court's ECF System and is available for viewing and downloading from this Court's ECF System. I further certify that an electronic copy of the foregoing was served upon all counsel of record through this Court's ECF System.

**BOCHETTO & LENTZ, P.C.**

Date: September 19, 2024     By: */s/ Ryan T. Kirk*
_____
Gavin P. Lentz, Esquire
Ryan T. Kirk, Esquire
1524 Locust Street
Philadelphia, PA 19102
glentz@bochettoandlentz.com
rkirk@bochettoandlentz.com
*Attorneys for Defendant*