### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARKEL AMERICAN INSURANCE COMPANY,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | Case No. 2:24-cv-01438-JS |
| v. | : | |
| | : | **JURY TRIAL DEMANDED** |
| **MARCH FWD, LLC f/k/a MWEALTH ADVISORS,** | : | |
| *Defendant* | : | |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of Defendant, March Fwd, LLC f/k/a MWealth Advisors in the above-captioned matter.

                                      **BOCHETTO & LENTZ, P.C.**

                                      */s/ Gavin P. Lentz*
                             By: _____
Date: October 4, 2024             Gavin P. Lentz, Esquire (53609)
                                      Ryan T. Kirk, Esquire (329492)
                                      1524 Locust Street
                                      Philadelphia, PA 19102
                                      (215) 735-3900
                                      glentz@bochettoandlentz.com
                                      rkirk@bochettoandlentz.com
                                      *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Gavin P. Lentz, Esquire, hereby certify that a true and correct copy of the forgoing document was filed electronically through this Court's ECF System and is available for viewing and downloading from this Court's ECF System. I further certify that an electronic copy of the foregoing was served upon all parties of record through this Court's ECF System.

**BOCHETTO & LENTZ, P.C.**

*/s/ Gavin P. Lentz*
By: _____
Gavin P. Lentz, Esquire (53609)
Ryan T. Kirk, Esquire (329492)
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900
glentz@bochettoandlentz.com
rkirk@bochettoandlentz.com
*Attorneys for Defendant*

Date: October 4, 2024