UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MARKEL AMERICAN INSURANCE COMPANY

    Plaintiff,

v.

MARCH FWD, LLC f/k/a MWEALTH ADVISORS

    Defendant.

Civil Action No. 2:24-CV-01438

### DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2) where jurisdiction is based on diversity of citizenship, all parties or intervenors in the case must, unless the Court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor.

Parties and intervenors are reminded that the citizenship of a limited liability company, professional corporation, limited partnership, partnership, and unincorporated association is determined by the citizenship of all its members or partners.

| MARCH FWD, LLC | Pennsylvania and New Jersey |
|---|---|
| (Party/Intervenor) | (Citizenship) |
| | |
| (Party/Intervenor) | (Citizenship) |
| | |
| (Party/Intervenor) | (Citizenship) |

10/25/2024

Date

/s/ Ryan T. Kirk, Esquire

Signature of Attorney or Litigant
Counsel for   Defendant

---

*Note: This form must be filed in CM/ECF using your pacer account. Please select the "Other Documents" category, then select the Disclosure of Citizenship event. Pro Se Litigants can file using the court's Electronic Document Submission (EDS) | Eastern District of Pennsylvania | United States District Court (uscourts.gov), by mail or in person.