### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>MARCH FWD, LLC f/k/a MWEALTH ADVISORS,<br><br>Defendant. | Civil Action No. 2:24-cv-01438 |

### ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Plaintiff / Counterclaim Defendant, Markel American Insurance Company ("MAIC") and Defendant / Counterclaim Plaintiff, March Fwd, LLC f/k/a MWealth Advisors' ("MWealth") (collectively, the "Parties") Joint Motion to Extend Time for Dispositive Motion Practice, it is hereby **ORDERED** as follows:

1. The Parties' Joint Motion to Extend Time for Dispositive Motion Practice is **GRANTED**; and

2. Dispositive motion practice on the pleadings will comply with the following amended briefing schedule:

    a) Dispositive motions with supporting legal briefs shall be filed on or before **November 21, 2024**;

    b) Responses and/or briefs in opposition shall be filed on or before **December 12, 2024**;

    c) Reply briefs shall be filed on or before **December 26, 2024**;

        d)       A party shall have the option, but not the obligation, to file a sur reply brief on or before **January 13, 2024**; and

3).       All remaining pre-trial and trial deadlines shall remain in effect pursuant to the Court's Scheduling Order dated **October 22, 2024**.

**BY THE COURT:**

_____
Juan R. Sánchez, J.