# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARKEL AMERICAN INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| | : | No. 24-1438 |
| v. | : | |
| | : | |
| MARCH FWD, LLC f/k/a MWEALTH ADVISORS | : | |
| | : | |

## **ORDER**

AND NOW, this 13th day of November, 2024, it is hereby ORDERED a teleconference with the parties to discuss the Joint Motion to Extend Time for Dispositive Motion Practice (ECF No. 14) will be held on Thursday, November 14, 2024 at 9:00 A.M. Dial-in information will be circulated to counsel via email.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LORETTA LOPEZ, as Administratrix of the ESTATE OF VALLIA VALENE KARAHARISIS | : : : : | CIVIL ACTION<br><br>No. 15-5059 |
| v. | : | |
| BUCKS COUNTY, et al. | | |

## **ORDER**

AND NOW, this 9th day of October, 2024, it is hereby ORDERED a teleconference with the parties to discuss the pending Motion to Intervene and Unseal (ECF No. 83) will be held on Thursday, October 17 at 10:00 A.M. Dial-in information will be circulated to counsel via email.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.