IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>MARCH FWD, LLC f/k/a MWEALTH ADVISORS,<br><br>Defendant. | Civil Action No. 2:24-CV-01438 |

**RULE 7.1 DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2) where jurisdiction is based on diversity of citizenship, all parties or intervenors in the case must, unless the Court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor.

Parties and intervenors are reminded that the citizenship of a limited liability company, professional corporation, limited partnership, partnership and unincorporated association is determined by the citizenship of all its members or partners.

| Markel American Insurance Company | Virginia |
|---|---|
| (Party/Intervenor) | (Citizenship) |

                                            **McANGUS GOUDELOCK & COURIE, LLC**

                                            */s/ Joseph G. Grady*

                                            Joseph G. Grady, Esq.
                                            *Attorney for Plaintiff / Counterclaim Defendant*
                                            *Markel American Insurance Company*

Date: November 13, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>MARCH FWD, LLC f/k/a MWEALTH ADVISORS,<br><br>Defendant. | Civil Action No. 2:24-CV-01438 |

## CERTIFICATE OF SERVICE

I, Joseph G. Grady, Esq., hereby certify that on November 13, 2024 a true and correct copy of the foregoing Rule 7.1 Disclosure of Citizenship in Diversity Jurisdiction Cases was served upon all counsel of record via the Court's electronic filing system.

McANGUS GOUDELOCK & COURIE, LLC

*Joseph G. Grady*

Joseph G. Grady, Esq.
PA Identification No. 322874
2000 Market Street, Suite 2850
Philadelphia, PA 19103
Mailing Address: P.O. Box 12519
Columbia, SC 29211
T: (484) 406-4128 / F: (215) 501-5374
joe.grady@mgclaw.com
*Attorney for Plaintiff / Counterclaim Defendant*
*Markel American Insurance Company*

Dated: November 13, 2024