IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARKEL AMERICAN INSURANCE COMPANY | : : : | CIVIL ACTION |
| | : | No. 24-1438 |
| v. | : : | |
| MARCH FWD, LLC f/k/a MWEALTH ADVISORS | : : | |

**AMENDED SCHEDULING ORDER**

AND NOW, this 14th day of November, 2024, upon consideration of the Joint Motion to Extend Time for Dispositive Motion Practice (ECF No. 14), it is hereby ORDERED the Motion is GRANTED. Dispositive motion practice on the pleadings will comply with the following amended briefing schedule:

1. Dispositive motions with supporting legal briefs shall be filed on or before **November 21, 2024**;

2. Responses and/or briefs in opposition shall be filed on or before **December 12, 2024**;

3. Reply briefs shall be filed on or before **December 26, 2024**; and

4. A party shall have the option, but not the obligation, to file a sur reply brief on or before **January 13, 2024**.

All remaining pre-trial and trial deadlines shall remain in effect pursuant to the Court's October 22, 2024 Order (ECF No. 11). Oral argument on the motions will occur on **January 29, 2025 at 9:00 A.M.** in Courtroom 14B, as previously scheduled.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.