## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>MARCH FWD, LLC f/k/a MWEALTH ADVISORS,<br><br>Defendant. | Civil Action No. 2:24-cv-01438 |

### CERTIFICATE OF SERVICE

I, Eric A. Fitzgerald, Esq., hereby certify that a true and correct copy of the foregoing **MEMORANDUM OF LAW IN SUPPORT** were filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing on all counsel of record on this 21st day of November 2024.

McANGUS GOUDELOCK & COURIE, LLC

Eric A. Fitzgerald, Esq.
Joseph G. Grady, Esq.
*Attorneys for Plaintiff / Counterclaim Defendant*
*Markel American Insurance Company*