IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>MARCH FWD, LLC f/k/a MWEALTH ADVISORS,<br><br>Defendant. | Civil Action No. 2:24-cv-01438 |

## PROPOSED ORDER

**AND NOW**, this _____ day of _____, 2025, upon consideration of Plaintiff / Counterclaim Defendant, Markel American Insurance Company's ("MAIC") Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c); and all opposing and reply papers that have been filed, together with such oral argument of counsel as may have been heard, and for good cause shown; it is hereby **ORDERED** that MAIC's Motion for Judgment on the Pleadings is **GRANTED**. MAIC has no duty to defend or indemnify Defendant / Counterclaim Plaintiff, March Fwd, LLC f/k/a MWealth Advisors ("MWealth"), in connection with the lawsuit titled <u>Paul and Marie Friedman v. March Fwd, LLC f/k/a MWealth Advisors and Lake Forest Bank & Trust Company, N.A. d/b/a Wintrust Life Finance</u>, pending in the Montgomery County, PA Court of Common Pleas and filed under Civil Action No. 2023-23101; and

**IT IS FURTHER ORDERED** that all of MWealth's Counterclaims against MAIC in this matter are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

_____
J.