# EXHIBIT "F"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>MARCH FWD, LLC f/k/a MWEALTH ADVISORS,<br><br>Defendant. | Civil Action No. 2:24-cv-01438 |

**SCHEDULING ORDER**

**AND NOW**, this 22nd day of October, 2024, following a Rule 16 Conference with the parties, **IT IS HEREBY ORDERED** that the case shall proceed on the following schedule:

1. Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1) are complete;

2. Dispositive motion practice on the pleadings will comply with the following briefing schedule:

    a) Dispositive motions with supporting legal briefs shall be filed on or before **November 14, 2024**;

    b) Responses and/or briefs in opposition shall be filed on or before **December 5, 2024**;

    c) Reply briefs shall be filed on or before **December 19, 2024**;

    d) A party shall have the option, but not the obligation, to file a sur reply brief on or before **January 6, 2025**;

3. Oral argument on dispositive motions will be held on **January 29, 2025** at **9:00 a.m.** in **Courtroom 14B**;

4.       On or before **March 3, 2025**, the parties shall prepare and file with the Court their pretrial memoranda, joint proposed verdict slip, and voir dire questions as explained in the Honorable Juan R. Sánchez's on-line procedures;

5.       A final pretrial conference in this matter will be held on **April 7, 2025** at **2:00 p.m.** in Judge Sánchez's Chambers; and

6.       This matter is in the **April 14, 2025** pool.

BY THE COURT:

  /s/ Juan R. Sánchez
Juan R. Sánchez, J.