IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY | Civil Action No. 2:24-cv-01438 |
| Plaintiff, | |
| v. | |
| MARCH FWD, LLC f/k/a MWEALTH ADVISORS, | |
| Defendant. | |

## MOTION FOR WITHDRAWAL OR DELETION OF ECF NO. 18

Plaintiff / Counterclaim Defendant, Markel American Insurance Company ("MAIC") hereby moves for an Order withdrawing or deleting ECF No. 18 as an inadvertent filing. In support of this Motion, MAIC avers the following:

1. On April 5, 2024, MAIC filed a Complaint for Declaratory Judgment in the United States District Court for the Eastern District of Pennsylvania and the matter was assigned Civil Action No. 2:24-cv-01438. (ECF No. 1).

2. On October 23, 2024, this Honorable Court issued a Scheduling Order for dispositive motion practice. (ECF No. 11).

3. On November 14, 2024, this Honorable Court issued an Amended Scheduling Order for dispositive motion practice. (ECF No. 17).

4. On November 21, 2024, MAIC inadvertently filed its dispositive motion as a "Motion for Summary Judgment" under ECF No. 18. (See ECF No. 18).

5. Thereafter, also on November 21, 2024, MAIC correctly re-filed its dispositive motion as a "Motion for Judgment on the Pleadings" under ECF No. 19. (See ECF No. 19).

6.      To avoid any confusion for the Court, the Clerk of Court and the parties, and to maintain an accurate docket, MAIC respectfully requests that this Honorable Court enter an Order withdrawing or deleting ECF No. 18 only.

**WHEREFORE**, MAIC respectfully requests that this Honorable Court grant its Motion for Withdrawal or Deletion of ECF No. 18.

Respectfully submitted:

Dated: December 4, 2024

*/s/ Joseph G. Grady*

_____
Eric A. Fitzgerald, Esquire
Joseph G. Grady, Esquire
McAngus, Goudelock & Courie, LLC
2000 Market Street, Suite 2850
Philadelphia, PA 19103
Mailing Address: P.O. Box 12519
Columbia, SC 29211
Phone: (484) 406-4200
Email: joe.grady@mgclaw.com
*Attorneys for Plaintiff / Counterclaim Defendant*
*Markel American Insurance Company*