## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>MARCH FWD, LLC f/k/a MWEALTH ADVISORS,<br><br>Defendant. | Civil Action No. 2:24-cv-01438 |

## ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Plaintiff / Counterclaim Defendant, Markel American Insurance Company's ("MAIC") Motion for Withdrawal or Deletion of ECF No. 18, it is hereby **ORDERED** as follows:

1. MAIC's Motion for Withdrawal or Deletion of ECF No. 18 is **GRANTED**; and

2. The Clerk of Court shall withdraw or delete ECF No. 18 **ONLY** from Civil Action No. 2:24-cv-01438 as it is an inadvertent filing.

**BY THE COURT:**

_____
Juan R. Sánchez, J.