# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>MARCH FWD, LLC f/k/a MWEALTH ADVISORS,<br><br>Defendant. | Civil Action No. 2:24-cv-01438 |

## CERTIFICATE OF SERVICE

I, Joseph G. Grady, Esquire, hereby certify that a true and correct copy of the foregoing Motion for Withdrawal or Deletion of ECF No. 18 was served upon all counsel of record via the Court's electronic filing system.

*Joseph G. Grady*

_____
Joseph G. Grady, Esquire