IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARKEL AMERICAN INSURANCE COMPANY | : : : | CIVIL ACTION<br><br>No. 24-1438 |
| v. | : : | |
| MARCH FWD, LLC f/k/a MWEALTH ADVISORS | : : | |

**<u>ORDER</u>**

AND NOW, this 4th day of December, 2024, upon consideration of Plaintiff / Counterclaim Defendant Markel American Insurance Company's Motion for Withdrawal or Deletion of ECF No. 18 (ECF No. 20), it is hereby ORDERED the motion is GRANTED. The Clerk of Court is DIRECTED to withdraw ECF No. 18 (Motion for Summary Judgment by Markel American Insurance Company) and all exhibits attached thereto.

BY THE COURT:

<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, J.