IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLANIA

| | | |
|---|---|---|
| **MARKEL AMERICAN INSURANCE COMPANY** | : | Civil Action No. 2:24-cv-01438 |
| *Plaintiff* | : | |
| v. | : | |
| **MARCHFWD, LLC f/k/a MWEALTH ADVISORS** | : | |
| *Defendant.* | : | |

## ORDER

And now, on this _____ day of _____, 20___, upon consideration of Plaintiff Markel American Insurance Company's Motion for Judgment on the Pleadings (the "Motion"), and Defendant MarchFwd, LLC f/k/a MWealth Advisors' response thereto, it is hereby ordered that such Motion is **DENIED**.

BY THE COURT:

_____

THE HONORABLE JUAN R. SÁNCHEZ