### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARKEL AMERICAN INSURANCE COMPANY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **MARCH FWD, LLC F/K/A MWEALTH ADVISORS** | : | **NO.: 24-cv-1438** |

### O R D E R

**AND NOW**, this **17th** day of **JANUARY 2025**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Juan R. Sanchez to the calendar of the Honorable Gail A. Weilheimer.

        **FOR THE COURT:**

        **MITCHELL S. GOLDBERG**
        **Chief Judge**

        **ATTEST:**

        _/s/George Wylesol_
        **GEORGE WYLESOL**
        **Clerk of Court**