# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLANIA

| | |
|---|---|
| **MARKEL AMERICAN INSURANCE COMPANY** | Civil Action No. 2:24-cv-01438 |
| *Plaintiff* | |
| v. | |
| **MARCHFWD, LLC f/k/a MWEALTH ADVISORS** | |
| *Defendant.* | |

## ORDER

AND NOW, this 3rd day of March, 2025, following a virtual status conference, it is hereby **ORDERED** that the October 23, 2024 Amended Scheduling Order (DKT. 17) is VACATED and the schedule is modified as follows:

1. Discovery shall be completed no later than **May 2, 2025**;

2. Dispositive motions shall be filed on or before **May 23, 2025**;

3. Responses to dispositive motions shall be filed no later than **June 27, 2025**;

   a. Briefs in support of or in opposition to dispositive motions shall be limited to 25 pages, double spaced in 12 point font.

   b. Two copies of exhibits or attachments to the motion or response which exceed 25pages shall be provided to Chambers. These exhibits shall be placed in a binder, with a table of contents and corresponding tabs.

   c. Reply briefs are not permitted without leave of court. Motions for Leave to file a shall be docketed within five days of the docketing of the response with a courtesy copy sent to chambers via email to Chambers_Weilheimer@paed.uscourts.gov. Motions for Leave should highlight the specific issues raised in the response brief to which a reply is requested. Counsel should not prepare and attach their proposed reply to their Motion. A ruling will be made on the Motion for Leave without a response from opposing counsel.

4. Oral argument on dispositive motions is not scheduled as a matter of course. If the Court finds argument to be beneficial, such argument will be scheduled by chambers.

5. As needed, Chambers will schedule a Pretrial Conference after a ruling on the dispositive motions. Trial and related dates will be set at the Pretrial Conference.

BY THE COURT:

GAIL A. WEILHEIMER          J.