IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARKEL AMERICAN INSURANCE COMPANY** :<br><br>*Plaintiff* :<br><br>v. :<br><br>**MARCHFWD, LLC f/k/a MWEALTH ADVISORS** :<br><br>*Defendant.* : | Civil Action No. 2:24-cv-01438 |

## ORDER

And now, this 18th day of June, 2025, it is hereby ORDERED that all deadlines in this case remain STAYED until further order of the Court.[1]

BY THE COURT:

_____
GAIL A. WEILHEIMER        J.

---

[1] As discussed in conference with counsel for both parties, this Court has paused deadlines for dispositive motions and responses thereto in an effort to anticipate either the addition of a new defendant in this matter or an identical case filed by Plaintiff against that defendant. The Court is actively in the process of scheduling a conference with all relevant parties. The deadlines in this case will remain stayed until further order of the Court.